# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 27, 2006*

[Cite as *12/27/2006 Case Announcements,* 2006-Ohio-6712.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–1681. Moody v. Coshocton Cty.**
Wayne App. No. 05CA0059, 2006-Ohio-3751. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

**2006–1945. State ex rel. Buoscio v. Court of Appeals, Seventh Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1965. State ex rel. Newsome v. Brogan.**
In Mandamus and Prohibition. On relator's motion to incorporate court of appeals case as evidence, motion to accept stricken complaint as evidence, motion to accept court of appeals pleading as evidence, motion to accept pleadings as evidence for disciplinary action, motion to accept affidavits, motion for the court for disciplinary evidence, and motion to the court as further evidence for disciplinary action, and respondents' motion to dismiss and motion to strike motion to incorporate court of appeals case as evidence and to accept stricken complaint as evidence. Motion to dismiss granted. All other motions denied as moot. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1971. State ex rel. Griffin v. State.**
In Mandamus. On motion to dismiss of Summit County Prosecuting Attorney and relator's motion for judgment on pleadings. Motion to dismiss granted. Motion for judgment on the pleadings denied. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1974. Ohio High School Athletic Assn. v. Donofrio.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1983. Turnbow v. Boggins.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1997. State ex rel. Bates v. Schneider.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.